THE WESTMINSTER PRESBYTERIAN CHURCH, Appellant, *v.* TRUSTEES OF PRESBYTERY OF NEW YORK, Respondent.

*Westminster Presby. Church* v. *Trustees of Presbytery of New York*, 142 App. Div. 855, appeal dismissed.
(Argued May 29, 1911; decided June 6, 1911.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 28, 1911, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and granting a new trial in an action of ejectment.

The motion was made upon the ground that the order of reversal failed to state whether said reversal was upon the law or the facts, and, therefore, was not appealable to the Court of Appeals.

*Henry W. Jessup* for motion.

*Charles M. Parsons* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.